UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GORDON, Receiver
of Legisi Marketing Inc., et al.,

      Plaintiff,                      Case No. 11-13506
                                         HON. GEORGE CARAM STEEH

vs.

LARRY A. DEMEY,

      Defendant.
_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE [#5]

On December 21, 2011, this court entered an order to show cause why this case should not be dismissed for failure to prosecute. Plaintiff has filed a response to the order to show cause. In his response, plaintiff indicates that he has had numerous communications with the defendant in an effort to resolve this matter. Plaintiff requests an additional forty-five (45) days within which to either conclude his negotiations with the defendant or move for entry of a default judgment if defendant, proceeding <u>pro se</u>, does not file an answer to the complaint.

Accordingly,

This court's order to show cause [#5] is dismissed. On or before February 27, 2012, plaintiff shall file a stipulated order of dismissal or move for entry of default if defendant fails to file a written answer.

SO ORDERED.

Dated: January 11, 2012

                                           S/George Caram Steeh
                                           GEORGE CARAM STEEH
                                           UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 11, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---